Melinda Jane Steuer (SBN 216105)
THE LAW OFFICES OF MELINDA JANE STEUER
1107 Second Street, Suite 230
Sacramento, CA 95814
Telephone: (916) 930-0045
Facsimile: (916) 314-4100
E-mail: msteuer@californiainvestoradvocate.com

Attorneys for Plaintiff
LISA LAUDEMAN

JACKSON LEWIS P.C.
CAROLYN G. BURNETTE (SBN 191294)
ASHLEY L. HOFFMAN (SBN 308727)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
E-mail: *carolyn.burnette@jacksonlewis.com*
*ashley.hoffman@jacksonlewis.com*

Attorneys for Defendants
LINCOLN NATIONAL CORPORATION,
d/b/a LINCOLN FINANCIAL GROUP;
LINCOLN FINANCIAL GROUP DISTRIBUTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA LAUDEMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL CORPORATION, d/b/a LINCOLN FINANCIAL GROUP; a foreign corporation; and LINCOLN FINANCIAL GROUP DISTRIBUTORS, INC., a foreign corporation,<br><br>Defendants. | Case No. 4:20-cv-00414-HSG<br><br>**STIPULATION REGARDING PLAINTIFF FILING AND SERVING A FIRST AMENDED COMPLAINT AND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**; ORDER<br><br>Complaint Filed: 01/21/20<br>Trial Date: Not set |

LISA LAUDEMAN ("Plaintiff") and LINCOLN NATIONAL CORPORATION, d/b/a LINCOLN FINANCIAL GROUP and LINCOLN FINANCIAL GROUP DISTRIBUTORS, INC.

(collectively "Defendants"), through their undersigned counsel, enter this stipulation regarding Plaintiff filing an Amended Complaint.

Plaintiff filed a Complaint naming Lincoln National Corporation, d/b/a Lincoln Financial Group and Lincoln Financial Group Distributors, Inc. as defendants. The parties have met and conferred regarding the named entities. Defendants acknowledge that Plaintiff's employer at all relevant times was The Lincoln National Life Insurance Company, and not the named Defendants in the Complaint as originally filed. Plaintiff and Defendants now agree and stipulate that Plaintiff may file the First Amended Complaint, attached hereto as Exhibit A, naming The Lincoln National Life Insurance Company as the sole defendant in this action. Jackson Lewis P.C. will accept service of the First Amended Complaint on behalf of The Lincoln National Life Insurance Company. The Lincoln National Life Insurance Company shall have 30 days from the date of service to respond to the First Amended Complaint. Should The Lincoln National Life Insurance Company decide to file a Rule 12 motion in response to the First Amended Complaint, it agrees to first meet and confer with Plaintiff's counsel regarding the substance of the motion and hearing date.

Dated: March 25, 2020           THE LAW OFFICES OF MELINDA JANE STEUER

                                By: */s/ Melinda Jane Steuer* (authorized on 3/25/2020)
                                    Melinda Jane Steuer

                                Attorneys for Plaintiff
                                LISA LAUDEMAN


Dated: March 25, 2020           JACKSON LEWIS P.C.

                                By: */s/ Ashley L. Hoffman*
                                    Carolyn G. Burnette
                                    Ashley L. Hoffman

                                Attorneys for Defendants
                                LINCOLN NATIONAL CORPORATION,
                                d/b/a LINCOLN FINANCIAL GROUP;
                                LINCOLN FINANCIAL GROUP
                                DISTRIBUTORS, INC.

# ATTESTATION

I, Ashley L. Hoffman, have obtained authorization and concurrence in the filing of this document from Melinda Jane Steuer, an attorney with The Law Offices of Melinda Jane Steuer, attorneys of record for Plaintiff, which shall serve in lieu of her signature on the filed document. I have obtained and will maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

Dated: March 25, 2020

*/s/ Ashley L. Hoffman*

Ashley L. Hoffman
Attorney for Defendants

# ~~[PROPOSED]~~ ORDER

Based on the foregoing Stipulation and good cause appearing, the Court orders the following:

1. Plaintiff shall file the First Amended Complaint, attached hereto as Exhibit A, naming The Lincoln National Life Insurance Company as the sole defendant;

2. Jackson Lewis P.C. shall accept service of the First Amended Complaint on behalf of The Lincoln National Life Insurance Company.

3. The Lincoln National Life Insurance Company shall have 30 days after service to respond to the First Amended Complaint.

4. Should The Lincoln National Life Insurance Company decide to file a Rule 12 motion in response to the First Amended Complaint, it must first meet and confer with Plaintiff's counsel regarding the substance of the motion and hearing date.

IT IS SO ORDERED.

DATED: 3/26/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge