Melinda Jane Steuer (SBN 216105)
THE LAW OFFICES OF MELINDA JANE STEUER
1107 Second Street, Suite 230
Sacramento, CA 95814
Telephone:  (916) 930-0045
Facsimile:   (916) 314-4100
E-mail: msteuer@californiainvestoradvocate.com

Attorneys for Plaintiff
LISA LAUDEMAN

JACKSON LEWIS P.C.
CAROLYN G. BURNETTE (SBN 191294)
KAITLYN L. LAVARONI (SBN 313366)
400 Capitol Mall, Suite 1600
Sacramento, California  95814
Telephone:   (916) 341-0404
Facsimile:   (916) 341-0141
E-mail:  *carolyn.burnette@jacksonlewis.com*
         *kaitlyn.lavaroni@jacksonlewis.com*

Attorneys for Defendant
LINCOLN NATIONAL LIFE
INSURANCE COMPANY, d/b/a
LINCOLN FINANCIAL GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA LAUDEMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY, d/b/a LINCOLN FINANCIAL GROUP,<br><br>Defendant. | Case No. 4:20-cv-00414-HSG<br><br>**JOINT STIPULATION REGARDING CASE MANAGEMENT CONFERENCE DATE; ORDER**<br><br>Complaint Filed:   01/21/20<br>Trial Date:          Not set |

LISA LAUDEMAN and LINCOLN NATIONAL CORPORATION, d/b/a LINCOLN FINANCIAL GROUP, through their undersigned counsel, jointly stipulate to reschedule the Case Management Conference currently scheduled for January 12, 2021 at 2:00 p.m. to January 19, 2021 at 2:00 p.m.  This request is being made due to a conflict with lead defense counsel's schedule.

Dated:  January 4, 2021        THE LAW OFFICES OF MELINDA JANE STEUER

                               By:     */s/ Melinda Jane Steuer* (authorized on 01/04/2021)
                                       Melinda Jane Steuer
                                       Attorneys for Plaintiff
                                       LISA LAUDEMAN

Dated:  January 4, 2021        JACKSON LEWIS P.C.

                               By:     */s/ Kaitlyn L. Lavaroni*
                                       Kaitlyn L. Lavaroni
                                       Attorneys for Defendant
                                       LINCOLN NATIONAL LIFE
                                       INSURANCE COMPANY, d/b/a
                                       LINCOLN FINANCIAL GROUP

## **ATTESTATION**

I, Kaitlyn L. Lavaroni, have obtained authorization and concurrence in the filing of this document from Melinda Jane Steuer, an attorney with The Law Offices of Melinda Jane Steuer (attorneys of record for Plaintiff) which shall serve in lieu of her signature on the filed document. I have obtained and will maintain records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

Dated:  January 4, 2021                */s/ Kaitlyn L. Lavaroni*
                                       Kaitlyn L. Lavaroni
                                       Attorney for Defendant

**ORDER**

Pursuant to Stipulation, the Case Management Conference is rescheduled to January 19, 2021 at 2:00 p.m.

IT IS SO ORDERED.

DATED: 1/6/2021

_____
United States District Judge