Melinda Jane Steuer
The Law Offices of Melinda Jane Steuer
1107 Second Street, Suite 230
Sacramento, CA 95814
Telephone: (916) 930-0045
Facsimile: (916) 314-4100
Email: msteuer@californiainvestoradvocate.com

Attorneys for Plaintiff


Carolyn G. Burnette
Kaitlyn Lavaroni
Michael Hood
Attorneys at Law
JACKSON LEWIS P.C.
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: carolyn.burnette@jacksonlewis.com
           Kaitlyn.lavaroni@jacksonlewis.com
           Michael.Hood@jacksonlewis.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA LAUDEMAN, an individual,<br><br>          Plaintiff,<br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY, a foreign corporation, d/b/a LINCOLN FINANCIAL GROUP,<br><br>          Defendant. | Case No.: 4:20-cv-00414 HSG<br><br>**STIPULATION TO DISMISS CASE; ORDER (F.R.C.P. 41(A))**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed:   January 21, 2020<br><br>Trial Date:   October 4, 2021 |

/ / /

This Stipulation to Dismiss the case pursuant to F.R.C.P. 41(A)(ii) (the "**Stipulation**") is entered into by and between Plaintiff Lisa Laudeman ("Plaintiff") and Defendant Lincoln National Life Insurance Company ("Defendant") by and through their counsel of record, with respect to the following recitals of fact.  Plaintiff and Defendant are collectively referred to herein as the "Parties".

    A.  The Parties have settled this case.  The terms of the settlement are confidential.

    B.  The final settlement documents were executed and delivered on September 24, 2021.

    C.  The settlement agreement provides, in relevant part, that Plaintiff shall dismiss the case and Defendant with prejudice, and that the Dismissal shall request that the Court reserve jurisdiction to enforce the settlement.

In light of the foregoing,

**IT IS STIPULATED AND AGREED:**

1. The Parties hereby stipulate and respectfully request that this case and Defendant herein be dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(A)(ii). The parties further stipulate and respectfully request that the Court reserve jurisdiction to enforce the settlement.

Dated: September 24, 2021    LAW OFFICES OF MELINDA JANE STEUER

    By: ____/s/ Melinda Jane Steuer_____
        Melinda Jane Steuer

Dated: September 24, 2021    JACKSON LEWIS P.C.

    By: ____/s/ Carolyn Burnette_____
        Carolyn G. Burnette
        Kaitlyn Lavaroni
        Michael Hood

**ORDER**

Pursuant to the parties' Stipulation, and good cause having been shown, it is hereby ordered as follows:

1. Defendant is hereby dismissed with prejudice;

2. Plaintiff's First Amended Complaint is dismissed with prejudice;

3. The only payments required by and to any of the parties hereto in connection with the Action are set forth in the Settlement Agreement, and no party is entitled to any additional payments, expenses, attorneys' fees or costs as result of the Action, including this Dismissal;

4. The Court will and does retain jurisdiction over the Parties hereto and the Action to enforce the Settlement Agreement, if necessary.

**IT IS SO ORDERED.**

DATED: 9/27/2021

_Haywood S. Gilliam Jr._
JUDGE